Certificate Number: 16339-PAM-DE-039141964

Bankruptcy Case Number: 24-02504



16339-PAM-DE-039141964

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on December 9, 2024, at 8:12 o'clock PM EST, Samantha Rynard completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 9, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor