UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETER JAMES RYNARD and<br>SAMANTHA LEE RYNARD<br>  Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | : | |
| vs. | : | |
| PETER JAMES RYNARD and<br>SAMANTHA LEE RYNARD<br>  Respondent(s) | : | CASE NO.  1-24-bk-02504 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of March, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about February 24, 2025, be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 3rd day of March, 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas G. Platt, Esquire
Mooney Law
230 York Street
Hanover, PA 17331

    /s/Paige Niemond
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee