**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                  Case No. 1:24-bk-02504

Peter James Rynard             Chapter 13
Samantha Lee Rynard

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/6/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2025

                                                                 /s/ Nicholas G. Platt
                                                                  Nicholas G. Platt
                                                                  Bar No. 327239
                                                                  Mooney Law
                                                                  230 York Street
                                                                  Hanover PA 17331-0000
                                                                  (717)632-4656
                                                                  ngp@mooney4law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  
    Peter James Rynard  
    Samantha Lee Rynard  
    Debtor(s)

Case No. 1:24-bk-02504  
Chapter 13

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/6/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2025

Melissa Membrino  
c/o Stretto  
410 Exchange Ste 100  
Irvine, CA 92602  
(949) 222-1212  
declaration@stretto.com

I certify that on 3/6/2025, I caused a copy of the Order Confirming Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| 1:24-bk-02104-HWV | Citibank N.A. | Citibank, N.A. | 5800 S Corporate Pl | | Sioux Falls SD 57108-5027 |
| 1:24-bk-02104-HWV | Citibank/The Home Depot | Citicorp Cr Srvs/Centralized Bankruptcy | Po Box 790040 | | St. Louis MO 63179-0040 |
| 1:24-bk-02104-HWV | Community State Bank | | 761 Elliott St | | Orbisonia PA 17243 |
| 1:24-bk-02104-HWV | Discover Bank | | PO Box 3025 | | New Albany OH 43054-3025 |
| 1:24-bk-02104-HWV | Internal Revenue Service | | P.O. Box 7346 | | Philadelphia PA 19101-7346 |
| 1:24-bk-02104-HWV | M&T BANK | LEGAL DOCUMENT PROCESSING | 626 COMMERCE DRIVE | | AMHERST NY 14228-2307 |
| 1:24-bk-02104-HWV | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue, Pob 778 | | Chambersburg PA 17201-0778 |
| 1:24-bk-02104-HWV | Pennsylvania Department of Revenue | | Bankruptcy Division, PO Box 280946 | | Harrisburg PA 17128-0946 |
| 1:24-bk-02104-HWV | US Small Business Administration | 660 American Avenue | Suite 301 | | King of Prussia PA 19406-4032 |
| 1:24-bk-02104-HWV | US Small Business Administration | | 730 Neu Rd. | | York PA 17404-1690 |
| 1:24-bk-02104-HWV | United States Trustee | US Courthouse | 1501 N. 6th St | | Harrisburg PA 17102-1104 |
| 1:24-bk-02104-HWV | Douglas Ronsson-Miller Mason | | 13789 Buchannan Trail West | | Mercersburg PA 17236-9451 |
| 1:24-bk-02104-HWV | JACK N ZAHAROPOULOS | ATTN CHAPTER 13 TRUSTEE | 8125 ADAMS DRIVE SUITE A | | HUMMELSTOWN PA 17036-8625 |