IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: PETER JAMES RYNARD | : | Chapter 13 |
| SAMANTHA LEE RYNARD | : | |
| DEBTORS | : | Case No. 1:24-bk-02504-HWV |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| MOVANT | : | |
| | : | |
| PETER JAMES RYNARD | : | |
| SAMANTHA LEE RYNARD | : | |
| RESPONDENTS | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| TRUSTEE | : | |

**DEBTORS' RESPONSE TO PENNYMAC LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, Pennymac Loan Services, LLC, filed its Motion For Relief From The Automatic Stay on September 10, 2025.

2. Debtors are in agreement that they are delinquent on post-petition mortgage payments.

2. Debtors request an amortization report to show payment history for an updated balance on arrears and would like an opportunity to catch up on payments.

3. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Peter James Rynard and Samantha Lee Rynard, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed September 10, 2025 by Pennymac Loan Services, LLC.

Dated: September 10, 2025                              Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax